UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CR-139-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LORENZO JAIMES-CRUZ | MOTION TO WITHDRAW AS<br>COUNSEL OF RECORD |

COMES NOW the Office of the Federal Public Defender and hereby respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Lorenzo Jaimes-Cruz. Undersigned counsel was appointed as counsel of record on a limited basis pursuant to Standing Order 19-SO-3. After a thorough review of Mr. Jaimes-Cruz's case file for First Step Act issues, including contemporaneous notice to the defendant of undersigned's analysis and conclusions, the undersigned does not intend to present any motions before the Court.

WHEREFORE, the Office of the Federal Public Defender respectfully moves this Court for an Order allowing said attorney to withdraw as counsel of record for Lorenzo Jaimes-Cruz.

Respectfully requested this 6th day of November, 2019.

G. ALAN DUBOIS
Federal Public Defender

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
USANCE-FIRSTSTEPACT2018@USDOJ.GOV

by electronically filing the foregoing with the Clerk of Court on November 5, 2019, using the CM/ECF system which will send notification of such filing to the above and/or by email; and

LORENZO JAIMES-CRUZ
REG #70426-056
FCI ALLENWOOD LOW
FEDERAL CORRECTIONAL INSTITUION
P.O. BOX 1000
WHITE DEER, PA 17887

by depositing a copy of the foregoing in the U.S. mail.

This the 6th day of November, 2019.

*/s/ Laura S. Wasco*
LAURA S. WASCO
Attorney for Defendant
Office of the Federal Public Defender
150 Fayetteville Street, Suite 450
Raleigh, North Carolina 27601
Telephone: 919-856-4236
Fax: 919-856-4477
E-mail: Laura_Wasco@fd.org
N.C. State Bar No. 34885
LR 57.1 Counsel
Appointed